[No. 6,449.—Department One.]

## JAMES LANE v. PAUL PFERDNER.

STATE LANDS.

APPEAL from a judgment for the plaintiff, and an order denying a new trial, in the First District Court, County of San Luis Obispo. FAWCETT, J.

*Charles E. Wilson*, and *McD. R. Venable*, for Appellant.

*W. J. & William Graves*, for Respondent.

The COURT:

Upon the authority of *Lane* v. *Pferdner*, 56 Cal. 122; judgment and order affirmed.